UNITED STATES DISTRICT COURT
FOR E. Barrett Prettyman United States Courthouse

GEORGE CUNNINGHAM,
125 W Bishop St Apt 4
Bellefonte PA 16823
Plaintiff, 760-500-0149

v.

UNITED STATES SECRET SERVICE,
Washington DC 20223

Defendant.

**FILED**
JAN 24 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:18-mc-00014
Assigned To : Friedrich, Dabney L.
Assign. Date : 1/24/2018
Description: Miscellaneous

### Plaintiff's Motion to Compel
### Preparation of a Vaughn Index

Plaintiff George Cunningham moves this Court for an order requiring Defendant United States Secret Service to provide within 30 days after service of the Complaint in this action, an itemized, indexed inventory of every agency record or portion thereof responsive to Plaintiff's request which Defendant asserts to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).

Respectfully submitted,

_____

George Cunningham

**RECEIVED**
JAN 24 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PO Box 325
Bellefonte, PA 16823

Dated: January 04, 2018 ~~~~
Jan 24th 2018

UNITED STATES DISTRICT COURT

I would like to file a Vaughn request on behalf of myself in order to receive an official statement from the United States Secret service regarding the reason or reasons I was denied employment in 2009. Originally I requested this information from the said agency in **November of 2016.** I requested this information to satisfy the requirements for an employment opportunity which required me to provide written statements regarding any federal employment I have been denied. This was the only federal employment opportunity I have ever been denied and it was done so far along into the hiring process, without an official reason.

On February 3, 2017 I have received a letter from Kim Campbell (copy attached) requesting additional identifying information in order to process the claim. I followed with a notarized letter within two weeks upon request. USSS acknowledged a receipt of such in April, 2017 and assigned a claim number. I have been in contact with them bi monthly to check on the status of my claim and have been repeatedly that my requested information will be provided in a few days to a week. It has been over a year.

Thank you for your time

George L Cunningham



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act & Privacy Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date: FEB 3 2017

Greenside200@yahoo.com

File Number: 20170419

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information Act/Privacy Acts (FOIA/PA) request, received by the United States Secret Service (Secret Service) on January 3, 2017, for information pertaining to the formal letter stating the reason George L. Cunningham was denied employment.

The Secret Service requires that an individual seeking access to personal records through the mail must provide a written request which includes an original signature and a notarized statement attesting to their identity or statement of declaration pursuant to 28 U.S.C. § 1746. In cases where a requester is unable to obtain the services of a Notary Public, the Secret Service will accept a requester's statement of identity which has been witnessed by a government official (i.e., caseworker, counselor, or warden). Such a document should bear the official's stamp, if applicable. The official certification of an individual's identity is necessary to ensure that an individual's file is not sent to an unauthorized third party.

Please be advised, your request is not a proper FOIA/PA request because you have not provided the aforementioned documentation. Consequently, we are unable to initiate a search for responsive records.

Furthermore, the FOIA does not require our agency to provide you with an explanation as to why you were not selected for employment. Please note this is not a denial of your request. Upon receipt of the aforementioned information, a search for files relating to your application will be conducted and processed in accordance with the provision of the FOIA/PA, from which you may possibly determine the reason(s) why you were not selected for employment. Please note that failure to respond, within thirty (30) days from the date of this letter, will result in the administrative closure of your file.

This is not a denial of your request. Upon receipt of the required information, you will be advised as to the status of your request. Please note that failure to submit the required documentation, within 30 days of the above date, will result in the administrative closure of your file.

Your request has been assigned FOIA File No. 20170419. If you have any questions or would like to discuss this matter, please contact this office at (202) 406-6370.

Please use the file number indicated above in all correspondence with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

Subject: Form submission from: DHS FOIA Request Submission Form

From: wcmmonitoring@dhs.gov
To: greenside200@yahoo.com
Date: Thursday, March 23, 2017 09:52:43 AM EDT

Submitted on Thursday, March 23, 2017 - 09:53
Submitted by user: Anonymous
Submitted values are:

Select the DHS component you wish to submit your request to: : United States Secret Service (USSS)
Title:
First Name: george
Middle Initial: l
Last Name: cunningham
Suffix:
Email Address: greenside200@yahoo.com
Country: United States
Address 1: 324 south Allegheny street
Address 2:
City: Bellefonte
State: Pennsylvania
Zip Code: 16823
Telephone Number: 7605000149
Fax Number:
Are you requesting records on yourself? Yes
If yes, you must check the perjury statement: I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
By initialing here you are providing your electronic signature.: glc
Please describe the records you are seeking as clearly and precisely as possible: I am seeking a statement from the United States Secret Service for reason/reasons of my hiring process termination and or denial in 2009. I need to provide a statement of denial for my next employer. I have mailed the USSS directly three times and tried to reach Kim E Campbell directly with no success I keep being transferred to her voicemail which appears to be disconnected. I simply need a written statement from them.
I am willing to pay fees for this request up to the amount of: $: 25.00
Select from the list below: An individual seeking information for personal use and not for commercial use.
I request a waiver of all fees for this request.:
Please provide an explanation for your request for a fee waiver:
Please select and describe in detail if you believe your request warrants expeditious handling: An impairment of substantial due process rights of the requester exists.
Please provide information to support your selection: I began requesting via notarized and certified mail, information concerning my denial beginning in December 2016. I need this to be expedited because my employer will cancel my opportunity due to the extreme amount of time that has elapsed. I received on email from Kim Campbell on Feb 3rd 2017 stating that she needed my letter to contain more proof of identity so I sent a notarized letter. When I called them to follow up the USSS personnel stated the notarized letter not enough so I sent another notarized letter with my date of birth and SSN by certified

mail which they have not yet responded to.

Subject: **claim status**

From: greenside200@yahoo.com
To: FOIA@usss.dhs.gov
Date: Thursday, April 20, 2017 08:37:08 AM EDT

Latita Payne
Disclosure Officer, FOIA/PA Program, Liaison Division
Building 410
245 Murray Drive
Washington, DC 20223

I am sending this email to check on my FOIA request status regarding (official reason for denial of employment with the United States Secret Service) file number 20170419. It has been a significant amount of time since I mailed in my third request to your office with identifying information as requested by your office. Please assist me in completing this request. I have responded to the last correspondence I have received from Kim E. Campbell within the stated time frame via certified mail. I received no further response from her. I cannot contact your office by phone as the lines appear to be nonworking. The FOIA act is very clear as to what I can request and I have done so within the recommended parameters. Please email (preferred method) my requested information to this email address Greenside200@yahoo.com or by mail to:

George Cunningham
324 South Allegheny Street
Bellefonte PA
16823


George L Cunningham
760-500-0149

From: George L Cunningham
To: IFOIA organization

    In October of 2016 I wrote to the United States Secret service requesting a Freedom of Information Act response regarding the reason or reasons I was denied employment with the USSS in 2009. I desire to have an official written response from them as I need to explain all Federal Agency employment denials for a specific career opportunity in my field. I have been able to speak with the FOIA office on several occasions since requesting the status of my application. In one instance I spoke with Kim E. Campbell herself. I have had to complete all correspondence using certified mail in order for any of my forms to be received and added to their system. I have been disconnected countless times when trying to contact them using my personal phone. On average I have been checking no more than once a month or less for the last year. The most recent Updates I received in August and this September, both stated that all information in regards to my FOIA request has been gathered and returned to their office but is still awaiting a final signature from FOIA management. The FOIA representative stated that my package would be mailed in two to three weeks. I have informed them they can either mail or email my request whichever is more convenient but I fear they will do neither. I understand there are many requests in the Que however I feel if the information has truly been gathered, the amount of time elapsed for an approval and working on my request is excessive. The way my claim has been handled from the beginning makes it appear as if the office is hesitant to respond to my individual case. I have included the initial response letter I received in February. Any assistance in resolving this matter would be greatly appreciated.

Respectfully,

George L Cunningham

Subject: **FOIA status check**

From: greenside200@yahoo.com
To: Foia@usss.dhs.gov
Date: Friday, April 7, 2017 02:55:32 PM EDT

Hello I am requesting the status of my last letter with personal identifier information mailed to your office in regards to FOIA request file number:20170419.

Please let me know if this request will be processed and any further information you may need.

Thank you

George Cunningham

760-500-0149

**Subject:** RE: Cunningham
**From:** Colin.Farrell@usss.dhs.gov
**To:** greenside200@yahoo.com
**Date:** Thursday, June 23, 2011 10:52:11 AM EDT

George -

It is unknown exactly when the job postings will be back up on usajobs.gov. You are certainly able to reapply when this occurs. However, I'm not sure that another application will go any better than it did in 2009.

- Colin Farrell

---

**From:** George Lewis [mailto:greenside200@yahoo.com]
**Sent:** Wednesday, June 22, 2011 6:10 PM
**To:** COLIN FARRELL (PHL)
**Subject:** Cunningham

Colin Farrell,

I wanted to see if you received my last email. I'm still very interested in a position with the Secret Service. If you think it may be worthwhile for me to apply again please let me know. If not I will stay in the field I'm in and not re-apply.

Thank you

George Cunningham

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.